UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JAMES ROBERT BRICKNER | ) |
| | ) |
| v. | ) Nos.: 2:13-cv-235; 2:12-cr-19(1) |
| | ) *Jordan/Inman* |
| UNITED STATES OF AMERICA | ) |

**ORDER**

Pursuant to the Court's prior order, this *pro se* prisoner's motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 is **DISMISSED without prejudice** for want of prosecution, (Doc. 187 in the criminal case). *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE